**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT C. MARTINEZ, ) | |
| ) | Case No. 2:16-cv-01546-JAD-NJK |
| Plaintiff(s), ) | |
| ) | ORDER |
| vs. ) | |
| ) | (Docket No. 34) |
| RENEE BAKER, et al., ) | |
| ) | |
| Defendant(s). ) | |

Pending before the Court is a stipulation that certain Defendants do not need to respond to any discovery until 30 days after a ruling on a pending motion to dismiss. Docket No. 34. Although no so labeled, the request effectively seeks a stay of discovery with respect to these Defendants. The filing of a dispositive motion, standing alone, is not sufficient grounds to stay discovery. *See, e.g.*, *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). Instead, such a request must address several additional considerations to show that a stay of discovery is proper. *See, e.g., Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013) (outlining analysis). The pending stipulation states only that the outcome of the motion to dismiss may eliminate the need for discovery, without addressing the relevant standards. Accordingly, it is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: December 7, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge