1 ADAM PAUL LAXALT
  Attorney General
2 JARED M. FROST (Bar No. 11132)
  Senior Deputy Attorney General
3 TIFFANY E. BREINIG (Bar No. 9984)
  Deputy Attorney General
4 State of Nevada
  Office of the Attorney General
5 555 East Washington Avenue
  Suite 3900
6 Las Vegas, Nevada 89101
  (702) 486-3177 (phone)
7 (702) 486-3773 (fax)
  Email: jfrost@ag.nv.gov

*Attorneys for Adam Paul Laxalt, Barbara Cegavske,
Harold Byrne, James "Greg" Cox, Jacob W. Parr,
John M. Oxborrow, Renee Baker, Brian Sandoval,
Joshua Miller, and Michael Fletcher*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT C. MARTINEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RENEE BAKER, in her Official and Individual Capacity; JOSHUA MILLER, in his Individual Capacity; JOSHUA SASSER, in his Individual Capacity; JOHN M. OXBORROW, in his Individual Capacity; JACOB W. PARR, in his Individual Capacity; MICHAEL FLETCHER, in his Official and Individual Capacity; HAROLD M. BYRNE, in his Official and Individual Capacity; JOHN DOE INVESTIGATOR, in his Official and Individual Capacity; JAMES "GREG" COX, in his Official and Individual Capacity, BRIAN SANDOVAL, in his Official Capacity; BARBARA CEGAVSKE, in her Official and Individual Capacity; ADAM LAXALT, in his Official Capacity; CAMERON HORSLEY, in his Individual Capacity; PAMELA DEL PORTO, in her Individual Capacity; WALTER ROMERO, in his Individual Capacity; STATE OF NEVADA ex rel., BOARD OF PRISON COMMISSIONERS; STATE OF NEVADA | Case No. 2:16-cv-01546-JAD-NJK<br><br>**DEFENDANTS JAMES COX, BRIAN SANDOVAL, BARBARA CEGAVSKE, ADAM PAUL LAXALT, STATE OF NEVADA ex rel. BOARD OF PRISON COMMISSIONERS, AND STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

ex rel., NEVADA DEPARTMENT OF CORRECTIONS; and DOES 1 through 10;

   Defendants.

Defendants James Cox, Brian Sandoval, Barbara Cegavske, Adam Paul Laxalt, State of Nevada ex rel. Board of Prison Commissioners, State of Nevada ex rel. Nevada Department of Corrections, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, Jared M. Frost, Senior Deputy Attorney General, and Tiffany E. Breinig, Deputy Attorney General, hereby move for an extension of time to respond to Plaintiff's Second Amended Complaint filed June 5, 2017 (ECF No. 53). This motion is made and based on the following memorandum of points and authorities, the attached Declaration of Counsel, the pleadings and papers on file, and any other evidence the Court deems appropriate to consider.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.  Background

This is inmate civil rights case filed pursuant to 42 U.S.C. section 1983. Plaintiff filed his original Complaint on June 20, 2016. ECF No. 1.

On September 12, 2016, Plaintiff filed a first-amended Complaint. ECF No. 17.

On October 26, 2016, Defendants Cox, Sandoval, Cegavske, Laxalt, State of Nevada ex rel. Board of Prison Commissioners, and State of Nevada ex rel. Nevada Department of Corrections filed a motion to dismiss. ECF No. 27. On that same day, Defendants Baker, Miller, Oxborrow, Parr, Fletcher, and Byrne filed an Answer. ECF No. 28.

On October 27, 2016, the Court issued a scheduling order. ECF No. 29.

On December 16, 2016, the Court granted the parties' request for special scheduling review and issued new scheduling deadlines. ECF No. 41. Pursuant to the December 2016 order, all discovery must be completed by July 26, 2017, and any motions to amend the pleadings must be filed by April 27, 2017. *Id.* at 2-3.

///

On March 9, 2017, Plaintiff filed a motion for leave to file a second-amended Complaint. ECF No. 45.

On June 1, 2017, the Court issued a minute order granting Plaintiff's motion to file a second-amended complaint.

On June 19, 2017, Defendants Baker, Miller, Oxborrow, Parr, Fletcher, and Byrne filed an Answer to Plaintiff's second-amended complaint.

This motion for an extension of time for Defendants Cox, Sandoval, Cegavske, Laxalt, State of Nevada ex rel. Board of Prison Commissioners, and State of Nevada ex rel. Nevada Department of Corrections to respond to Plaintiff's second-amended complaint follows.

**II.  Applicable Law**

"Unless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later. FED R. CIV. P. 15(a)(B)(3).

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the Court may extend the time to perform an act within a specified time for good cause shown.

**III.  Argument**

Defendants Cox, Sandoval, Cegavske, Laxalt, State of Nevada ex rel. Board of Prison Commissioners, and State of Nevada ex rel. Nevada Department of Corrections submit that their request to extend the time to respond to Plaintiff's second-amended complaint is supported by good cause here.

Defendants Cox, Sandoval, Cegavske, Laxalt, State of Nevada ex rel. Board of Prison Commissioners, and State of Nevada ex rel. Nevada Department of Corrections previously filed a motion to dismiss in response to Plaintiff's amended complaint. *See* ECF No. 27. In their motion, Defendants argued that Counts I and II should be dismissed because *Monell* claims may not be brought against states or state actors, that the entity and official-capacity Defendants should be dismissed, that the supervisory Defendants should be dismissed in their individual capacities for lack of personal participation, and that

1 Defendants Cox and Cegavske are entitled to qualified immunity. *Id*. However, Plaintiff has now omitted any reference to *Monell* in his second-amended complaint, *see* ECF No. 53, and Defendants require additional time to determine what effect this may have on their arguments. Furthermore, undersigned counsel has been unable to complete a response due to his responsibilities to meet deadlines in other cases. *See* Exhibit 1 (Declaration of Counsel). Consequently, Defendants motion for an additional thirty (30) days to respond to Plaintiff's second-amended complaint should be granted.

DATED this 19th day of June, 2017.

Respectfully submitted,

ADAM PAUL LAXALT
Attorney General

By: /s/ Jared M. Frost
JARED M. FROST (Bar No. 11132)
Senior Deputy Attorney General
TIFFANY E. BREINIG (Bar No. 9984)
Deputy Attorney General

*Attorneys for Defendants*

Plaintiff has filed a notice of non-opposition. Docket No. 59. For good cause shown, this motion is **GRANTED.**
IT IS SO ORDERED.
Dated: June 20, 2017

_____
United States Magistrate Judge