# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT C. MARTINEZ, | Case No. 2:16-cv-01546-JAD-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 67) |
| RENEE BAKER, et al., | |
| Defendant(s). | |

Pending before the Court is the stipulation to extend the time to file dispositive motions. Docket No. 67. The dates provided, however, do not make sense. In particular, the stipulation indicates that Plaintiff will review and submit the certification of his deposition by October 1, 2017. *Id.* at 2. Although the stipulation indicates that finalizing the deposition transcript is required to prepare dispositive motions, the parties propose an earlier dispositive motion deadline of September 25, 2017. *Id.* at 2-3. Accordingly, the stipulation is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: August 17, 2017

NANCY J. KOPPE
United States Magistrate Judge