1  ADAM PAUL LAXALT
    Attorney General
2  JARED M. FROST (Bar No. 11132)
    Senior Deputy Attorney General
3  TIFFANY E. BREINIG (Bar No. 9984)
    Deputy Attorney General
4  State of Nevada
  Office of the Attorney General
5  555 East Washington Avenue
  Suite 3900
6  Las Vegas, Nevada 89101
  (702) 486-3177 (phone)
7  (702) 486-3773 (fax)
  Email: jfrost@ag.nv.gov

*Attorneys for Adam Paul Laxalt, Barbara Cegavske, Harold Byrne, James "Greg" Cox, Jacob W. Parr, John M. Oxborrow, Renee Baker, Brian Sandoval, Joshua Miller, Michael Fletcher, Cameron Horsley, Pamela Del Porto, Walter Romero, State of Nevada ex. rel. Board of Prison Commissioners, and State of Nevada ex rel. Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT C. MARTINEZ, | Case No. 2:16-cv-01546-JAD-NJK |
|     Plaintiff, | |
| vs. | |
| RENEE BAKER, in her Official and Individual Capacity; JOSHUA MILLER, in his Individual Capacity; JOSHUA SASSER, in his Individual Capacity; JOHN M. OXBORROW, in his Individual Capacity; JACOB W. PARR, in his Individual Capacity; MICHAEL FLETCHER, in his Official and Individual Capacity; HAROLD M. BYRNE, in his Official and Individual Capacity; JOHN DOE INVESTIGATOR, in his Official and Individual Capacity; JAMES "GREG" COX, in his Official and Individual Capacity, BRIAN SANDOVAL, in his Official Capacity; BARBARA CEGAVSKE, in her Official and Individual Capacity; ADAM LAXALT, in | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

his Official Capacity; CAMERON
HORSLEY, in his Individual Capacity;
PAMELA DEL PORTO, in her Individual
Capacity; WALTER ROMERO, in his
Individual Capacity; STATE OF
NEVADA ex rel., BOARD OF PRISON
COMMISSIONERS; STATE OF NEVADA
ex rel., NEVADA DEPARTMENT OF
CORRECTIONS; and DOES 1 through
10;

        Defendants.

It is stipulated and agreed by and between Plaintiff Robert Martinez, by and through his attorney, Travis N. Barrick, Esq., and Defendants Adam Paul Laxalt, Barbara Cegavske, Harold Byrne, James "Greg" Cox, Jacob W. Parr, John M. Oxborrow, Renee Baker, Brian Sandoval, Joshua Miller, Michael Fletcher, Cameron Horsley, Pamela Del Porto, Walter Romero, State of Nevada ex. rel. Board of Prison Commissioners, and State of Nevada ex rel. Nevada Department of Corrections, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, Jared M. Frost, Senior Deputy Attorney General, and Tiffany E. Breinig, Deputy Attorney General, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs. This stipulation is made and based pursuant to a Settlement Agreement reached by the parties.

///
///
///
///
///
///
///
///
///
///
////

The parties further state that they have resolved this matter in its entirety, and that the Court may accordingly close the case.

DATED this 13th day of February, 2018.


GALLIAN WELKER & BECKSTROM, LC    ADAM PAUL LAXALT
                                            Attorney General


By: /s/ Travis N. Barrick           By: /s/ Jared M. Frost
Travis N. Barrick                        Jared M. Frost
Nevada Bar No. 9257                 Nevada Bar No. 11132
540 E. St. Louis Avenue             555 E. Washington Avenue, Ste. 3900
Las Vegas, NV 89104                 Las Vegas, NV 89101
*Attorneys for Plaintiff*               *Attorneys for Defendants*


## ORDER

**IT IS SO ORDERED**. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.


Dated February 14, 2018


_____
UNITED STATES DISTRICT JUDGE